Dowell, Appellant, *v.* Home Insurance Company.

Argued December 13, 1972. *B. Jerome Shane*, for appellant; *R. Jordan*, with him *Richard W. Hopkins*, and *White & Williams*, for appellee.

Judgment affirmed.

Engel et al., Appellants, *v.* Sechan.

Argued November 15, 1972. *Herbert B. Lebovitz*, for appellants; *William C. Robinson*, with him *Henninger & Robinson*, for appellee.

Order affirmed.

Fire Adjustment Bureau, Inc. et al., Appellants, *v.* Warhoftig.

Argued December 12, 1972. *Roger J. Harrington*, with him *John J. O'Brien, Jr.*, for appellant; *Harry L. Kaufman*, for appellee.

Order affirmed.